IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 1:19-cr- |
| CHAO CHARLES ZHOU, | : VIOLATIONS:<br>: 18 U.S.C. § 201 |
| Defendant. | : (Bribery) |

### INFORMATION

The United States of America charges that:

### COUNT ONE

From in or about January 2012 to in or about September 2017, within the District of Columbia and elsewhere, the defendant, CHAO CHARLES ZHOU (hereinafter "ZHOU"), corruptly did give, offer and promise anything of value to Public Official C with intent to influence an official act; that is, ZHOU offered and gave Public Official C money in order to influence Public Official C to improperly reduce and eliminate the tax-related liabilities of ZHOU's businesses.

(Bribery, in violation of Title 18, United States Code, Section 201)

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____
EMILY A. MILLER
D.C. Bar No. 462077
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-6988
Emily.Miller2@usdoj.gov