UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-cr-47 (RBW) |
| | : | |
| CHAO CHARLES ZHOU, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The United States of America and the defendant, Chao Charles Zhou, by and through undersigned counsel, hereby request a continuance of the status hearing scheduled in the above-captioned matter and in support thereof state as follows:

1.  On February 11, 2019, the government charged Mr. Zhou in a single-count Criminal Information with one count of Bribery, in violation of 18 U.S.C. § 201.

2.  On February 26, 2019, Mr. Zhou entered a plea of guilty to the Criminal Information pursuant to a cooperation-plea agreement with the government. Mr. Zhou was released on his personal recognizance pending sentencing.

3.  There is a status hearing in Mr. Zhou's case scheduled on November 16, 2021.

4.  Mr. Zhou has continued to cooperate with the government and may be required to testify in the pending case of *United States v. Andre de Moya et al.*, Case No. 19-cr-00158. That case is set for trial on or about April 25, 2022.

WHEREFORE based on the foregoing reasons and any others that may appear to the Court,

the parties respectfully request that this Court continue Mr. Zhou's status hearing from November

16, 2021, to May 20, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

/s/ David Benowitz
DAVID BENOWITZ
D.C. Bar No. 451557
409 7TH Street, N.W. #200
Washington, D.C. 20004
Telephone: 202-271-5249
Email: David@pricebenowitz.com

/s/ Molly Gaston
MOLLY GASTON
VA Bar No. 78506
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7803
Molly.Gaston@usdoj.gov